| | | | |
|---|---|---|---|
| Com. v. Foley [11] .... | 03/29/2016444 WAL (2015) | Denied | Pa.Super., 134 A.3d 97 |
| Com. v. Formica ... | 03/29/2016863 MAL (2015) | Denied | Pa.Super., 134 A.3d 98 |
| Com. v. Frey [12] ..... | 04/18/2016028 MAL (2016) | Denied | |
| Com. v. Garner [13] ... | 04/06/2016862 MAL (2015) | Denied | Pa.Super., 134 A.3d 483 |
| Com. v. Giannotto [14] | 04/06/2016930 MAL (2015) | Denied | Pa.Super., 134 A.3d 484 |
| Com. v. Goff ....... | 04/12/2016745 MAL (2015) | Denied | Pa.Super., 131 A.3d 108 |
| Com. v. Gonzalez... | 04/06/2016960 MAL (2015) | Denied | Pa.Super., 134 A.3d 493 |
| Com. v. Hairston [15] | 03/29/2016798 MAL (2015) | Denied | Pa.Super., 133 A.3d 76 |
| Com. v. Hardy ..... | 04/06/2016878 MAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Herriott.... | 04/12/2016481 WAL (2014) | Denied | Pa.Super., 107 A.3d 234 |
| Com. v. Hicks [16] .... | 04/13/201610 EAL (2016) | Denied | Pa.Super., 135 A.3d 654 |

11. Justice WECHT did not participate in the consideration or decision of this matter.

12. Justice WECHT did not participate in the consideration or decision of this matter.

13. Justice WECHT did not participate in the consideration or decision of this matter.

14. Justice WECHT did not participate in the consideration or decision of this matter.

15. Justice WECHT did not participate in the consideration or decision of this matter.

16. Justice DONOHUE did not participate in the consideration or decision of this matter.